FILED

2005 Dec-15  PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHERLEE GINSBERG, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | CV05-CO-02296-S |
| vs. | ) | |
| | ) | |
| LEDIC REALTY MANAGEMENT | ) | |
| SERVICES, INC., et al., | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT OF
## C-K BRECKENRIDGE, LLC

COMES NOW C-K Breckenridge, LLC and, pursuant to Rule 7.1 of

the Federal Rules of Civil Procedure, says as follows:

1.    C-K Breckenridge, LLC has no parent companies.

2.    No publicly held corporation owns 10% or more of the stock of C-K

Breckenridge, LLC.


/s Matthew W. Robinett
MATTHEW W. ROBINETT, ASB-3523-172M
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL  35203
Telephone:  (205) 328-6643
Fax:         (205) 251-5479
Email:       mrobinett@nwkt.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHERLEE GINSBERG, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | CV05-CO-02296-S |
| vs. | ) | |
| | ) | |
| LEDIC REALTY MANAGEMENT | ) | |
| SERVICES, INC., et al., | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Stephen A. Strickland; Elizabeth Kammer.

/s Matthew W. Robinett
MATTHEW W. ROBINETT ASB-3523-172M
NORMAN, WOOD, KENDRICK & TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL  35203
Telephone:  (205) 328-6643
Fax:          (205) 251-5479
Email:        mrobinett@nwkt.com